# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CHRISTY A. L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:18-cv-00260-JDL |
| | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| COMMISSIONER, | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

United States Magistrate Judge John H. Rich, III filed his Recommended Decision (ECF No. 28) on Christy A. L.'s social security disability and supplemental security income appeal with the Court on June 19, 2019, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019) and Fed. R. Civ. P. 72(b). Christy A. L. filed an Objection to the Recommended Decision (ECF No. 29) and the Commissioner filed a Response to the Objection (ECF No. 30).

After reviewing and considering the Magistrate Judge's Recommended Decision, together with the entire record, I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 28) of the Magistrate Judge is hereby **ACCEPTED** and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**Dated this 30th day of July, 2019.**

>         /s/ Jon D. Levy
> **CHIEF U.S. DISTRICT JUDGE**